Shawtina F. Lewis (SBN 259255)
shawtina.lewis@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone:    424.221.7400
Facsimile:    424.221.7499

Matthew B. Lerner (admitted *pro hac vice*)
matthew.lerner@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone:    404.322.6158
Facsimile:    404.322.6050

Eric J. Buhr (SBN 217529)
ebuhr@reedsmith.com
Alexis A. Rochlin (SBN 280634)
arochlin@reedsmith.com
Kevin G. Lohman (SBN 222678)
klohman@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213.457.8000
Facsimile: +1 213.458.8080

Attorneys for Defendants
*C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CRONAN, et al., | Case No.: 2:15-cv-01418-DAD-BAM |
| Plaintiffs, | **JOINT MOTION FOR EXTENSION OF DEADLINES AND ORDER** |
| v. | |
| C. R. BARD INC., and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

0

Pursuant to Rules 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure, and Local Rule 144, Plaintiffs Christopher Cronan and Shannon Cronan-Castellanoes and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard") (Plaintiffs and Bard are collectively referred to herein as "the Parties"), respectfully submit this joint motion seeking a short 60-day extension of the remaining deadlines in this case, for good cause shown, stating as follows:

1. On September 6, 2019, this case was remanded from the multidistrict litigation known as the *In Re: Bard IVC Filters Products Liability Litigation*, MDL 2641. (*See* Doc. 9.)

2. On December 27, 2019, this Court issued a Scheduling Conference Order, which set a fact discovery deadline of December 3, 2020. (*See* Doc. 33.)

3. The Parties have worked diligently to complete the discovery process consistent with that schedule. To date, the Parties have exchanged initial disclosures; Plaintiffs have provided a Plaintiff Fact Sheet and signed medical record release authorizations, which Defendants have used to collect Plaintiffs' medical records; Defendants have provided the Defense Fact Sheet and a supplemental Defense Fact Sheet and production; Plaintiffs have propounded written discovery and Bard has timely responded to that discovery; and Bard has taken depositions of the Plaintiffs.

4. Over the past few months, the Parties have also been in the process of scheduling depositions of the physician who placed the Bard filter at issue and two other physicians involved in Plaintiff-Decedent's medical care. *See* Declaration of Shawtina F. Lewis, attached hereto as Exhibit 1. Due to scheduling challenges related to COVID-19, however, the Parties have been unable to secure deposition dates before December 3, 2020. Accordingly, the Parties jointly request a short 60-day extension of the remaining deadlines set out in the Court's Scheduling Conference Order to complete discovery so that the remaining deadlines are as follows:

| Deadline | Current | Proposed |
|---|---|---|
| Case-specific fact discovery closes | December 3, 2020 | February 1, 2021 |
| Plaintiffs shall produce case-specific expert reports. | January 5, 2021 | March 5, 2021 |
| Defendants shall produce case-specific expert reports. | February 2, 2021 | April 2, 2021 |

1

| Deadline | Current | Proposed |
|---|---|---|
| Plaintiffs shall produce any case-specific rebuttal expert reports. | March 5, 2021 | May 4, 2021 |
| Deadline to depose Plaintiff's case-specific experts about their case-specific reports. | April 16, 2021 | June 15, 2021 |
| Deadline to depose Defendants' case-specific experts about their case-specific reports. | May 14, 2021 | July 13, 2021 |
| Deadline to file *Daubert* motions and other dispositive motions. | June 3, 2021 | August 2, 2021 |

5.   This is the first request for extension made in this case.

6.   Accordingly, the Parties jointly move the Court to extend the remaining deadlines in this case as noted above.


DATED: November 17, 2020          Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP


/s/ *Shawtina F. Lewis*
Shawtina F. Lewis
Attorney for Defendants
C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

DATED: November 17, 2020          Respectfully submitted,

MARTIN BAUGHMAN, PLLC


/s/ *Laura J. Baughman (as authorized on 11/16/2020)*
Laura J. Baughman
Attorney for Plaintiffs
Christopher Cronan and Shannon Cronan-Castellanoes

2

**ORDER**

The above JOINT MOTION FOR EXTENSION OF DEADLINES is granted for good cause shown. The new deadlines are:

| **Deadline** | **New Date** |
|---|---|
| Case-specific fact discovery closes | February 1, 2021 |
| Plaintiffs shall produce case-specific expert reports. | March 5, 2021 |
| Defendants shall produce case-specific expert reports. | April 2, 2021 |
| Plaintiffs shall produce any case-specific rebuttal expert reports. | May 4, 2021 |
| Deadline to depose Plaintiff's case-specific experts about their case-specific reports. | June 15, 2021 |
| Deadline to depose Defendants' case-specific experts about their case-specific reports. | July 13, 2021 |
| Deadline to file *Daubert* motions and other dispositive motions. | August 2, 2021 |

The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such further difficulties should be explained.

IT IS SO ORDERED.

Dated: **November 17, 2020**

/s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES