UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CRONAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>C R BARD INCORPORATED, et al.,<br><br>Defendants. | Case No. 2:15-cv-01418-DAD-BAM<br><br>**ORDER GRANTING JOINT MOTION FOR STAY OF CASE**<br><br>(Doc. 49) |

Currently before the Court is the parties' Notice of Settlement and Joint Motion for Stay of Case filed on October 29, 2021.  (Doc. 49.)  The parties report that they have reached an inventory settlement agreement in principle that will resolve a substantial number of cases throughout the country, including Plaintiffs' claims in this lawsuit.  The parties therefore jointly move the Court to continue all deadlines and hearings and to stay this case for ninety (90) days as the parties complete the operative settlement documents and finalize the settlement process.  (*Id.* at 1.)

Upon consideration, and for good cause appearing, the parties' Joint Motion for Stay of Case is GRANTED.  All proceedings, including discovery, and all pretrial and trial deadlines are STAYED through **January 31, 2022**, and any pending hearings are VACATED.  If the parties have not finalized settlement by January 31, 2022, then they shall file a joint status report no later

1

than **February 4, 2022**, updating the Court on the status of settlement.

IT IS SO ORDERED.

    Dated: __**November 1, 2021**__          /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE