UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CRONAN, et al., | Case No. 2:15-cv-01418-DAD-BAM |
| Plaintiffs, | **ORDER REGARDING JOINT STATUS REPORT AND MOTION TO FURTHER EXTEND STAY OF CASE DEADLINES** |
| v. | |
| C R BARD INC., et al., | (Doc. 51) |
| Defendants. | |

On November 1, 2021, following a notice of settlement, the Court granted the parties' joint motion for stay of the case. The Court stayed the action through January 31, 2022, and directed the parties to file a joint status report if they had not finalized settlement by that date. (Doc. 50.)

On January 31, 2022, the parties filed a Joint Status Report and Motion to Further Extend Stay of Case Deadlines. (Doc. 51.) The parties request that the Court extend the stay of this case for an additional ninety (90) days. The parties explain that they continue to work diligently toward finalizing the settlement. However, the parties anticipate that the process may take at least an additional ninety (90) days to complete given that the settlement is being structured as an inventory settlement involving a substantial number of other cases. The parties

1

1  further request that if they are unable to file dismissal papers within ninety (90) days, then they
2  be allowed to file a joint status report regarding the status of settlement.  (*Id.* at 3.)
3       Upon consideration, and for good cause appearing, the parties' request to further extend
4  the stay of this case is GRANTED.  All proceedings, including discovery, and all pretrial and
5  trial deadlines are STAYED through **May 2, 2022**.  If the parties have not finalized settlement
6  by May 2, 2022, then they shall file a joint status report no later than **May 5, 2022,** updating the
7  Court on the status of settlement.

IT IS SO ORDERED.

   Dated:   **February 1, 2022**              /s/ Barbara A. McAuliffe  
                                              UNITED STATES MAGISTRATE JUDGE